**Fw: Transferred case has been opened**
ECFHELPDESK   to: Gloria Acevedo                                           09/16/2011 10:01 AM

Thank you,

~The ECF Help Desk for the Northern District of California
http://ecf.cand.uscourts.gov

ECF TIP:
You should only scan documents which exist only in paper. All others should be converted to PDF directly from your computer.
For more info, please see our FAQ sections.

----- Forwarded by ECFHELPDESK/CAND/09/USCOURTS on 09/16/2011 10:01 AM -----

| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| To: | ecfhelpdesk@cand.uscourts.gov |
| Date: | 09/16/2011 06:10 AM |
| Subject: | Transferred case has been opened |

```
CASE: 3:11-cv-04187

DETAILS: Case transferred from California Northern
has been opened in Southern District of New York
as case 1:11-cv-06411, filed 09/14/2011.
```